# Court of Appeals
# of the State of Georgia

ATLANTA, December 04, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0137. IN THE INTEREST OF: A. L. V., A CHILD (FATHER).**

On September 19, 2013, the juvenile court terminated the father's parental rights to A. L. V., his minor child. The father filed this application for discretionary appeal on November 15, 2013.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue.  OCGA § 5-6- 35 (d). A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).   Here, the father filed his application 57 days after the juvenile court issued the order terminating his parental rights. Accordingly, this untimely application for appeal is *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The father attempted to file his application on October 21, 2013, but the application was not accepted for filing at that time because it did not include a certificate of service as required by Court of Appeals Rule 6.